Pearson, J.
 

 The right of the next of kin to be appointed administrator is not absolute and exclusive, so as to give such next of kin a legal claim to - demand that the appointment of a third person should be vacated, to make room for their application. If the next of kin do not apply for the appointment, or fail (as in our case) to give‘bond and security as the law requires, and the County Court thereupon gives the appointment to some other person, the next of kin have no further right, and the Court has no power to revoke or declare void the appointment previously made.
 

 The object in appointing an administrator, is to have the estate of the intestate taken care of. Since the statute of distributions, it in fact makes but little difference who is appointed administrator, so that he is a fit person, and gives the bond required by law. Prior to that statute, as the administrator had a right to the surplus, after the debts were paid, it was a matter of very considerable consequence to obtain letters of administration; and there were frequently contests about the right. But now it can only affect the right of the creditor to retain ; and when the next of kin are guilty of laches as to the time of making the application or otherwise, the County Court may exercise a sound discretion in the premises. The judgment of the Superior Court is reversed. This opinion will be certified.
 

 Pee CüRiam. Judgment reversed.